Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

Case: 2:25-cv-10568
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/28/2025
Description: CMP
SMITH SR. V. WASHTENAW COUNTY SHERIFF DEPARTMENT (TH)

Richard Allen Smith SR

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

Washtenaw County Sheriff Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Richard Allen Smith Sr |
   | Street Address | 6286 Vail Dr |
   | City and County | Ypsilanti Washtenaw County |
   | State and Zip Code | Michigan 48197 |
   | Telephone Number | 734-219-9296 |
   | E-mail Address | Scruffy1979@outlook.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name      Washtenaw County Sheriffs Department
    Job or Title *(if known)*
    Street Address      2201 Hogback Rd
    City and County      Ann Arbor
    State and Zip Code      Michigan
    Telephone Number      734-219-9296
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

2nd Amendment "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Richard Allen Smith SR, is a citizen of the State of *(name)* Michigan.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* Washtenaw County Sheriff , is incorporated under the laws of the State of *(name)* Michigan , and has its principal place of business in the State of *(name)* Michigan .

           Or is incorporated under the laws of *(foreign nation)* ____ , and has its principal place of business in *(name)* Washtenaw County .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

My constititutional right was violated because Federal Law does not have a law stating that on form ATF 4473 when the question presents itself about Medical Marijuana does not state at the time of expiration there's a year waiting limit. 5,000,000 for relief for violation of my rights.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Richard Allen Smith Sr 02/17/1979 in October 2024 tried to purchase a firearm in a store in Genessee county and was refused.
2. Richard Allen Smith Sr 02/17/1979 in October 2024 Medical License was Expired as of September 2024 when purchase was denied.
3. October 23rd 2024 02/171/1979 Richard Allen Smith Sr submitted finger prints to the Federal Bureau of Investigation.
4. October 23rd 2024 02/17/1979 Richard Allen Smith Sr Was unlawfully refused based on title 18 USC section 922(g)(3) which wasn't true.
5. Washtenaw County Sheriffs Department was the reason for false denial.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1. In October 2024 Richard Allen Smith Sr 02/17/1979 was deprived of his 2nd Amendment right and is asking for $5,000,000 for pain and sufferring.
2. Richard Allen Smith Sr 02/17/1979 is requesting his 2nd Amendment Rights to be restored.
3. Richard Allen Smith Sr 02/17/1979 is requesting federal immunity from any investigation from Washtenaw County Sheriffs department/Washtenaw County Prosecutors office in fear of retailiation to this filing and denial of rights.
4. Is requesting a civil rights investigation into Washtenaw County Sheriffs/Prosecutors office due to my rights being violated.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/25/2025

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff  Richard Allen Smith Sr 02/17/1979

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

County in which action arose: Washtenaw

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard Allen Smith SR

**DEFENDANTS**
Washtenaw County Sherriff Department

**(b)** County of Residence of First Listed Plaintiff: Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Washtenaw
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se 6286 Vail Dr
Ypsilanti MI 48197

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1, DEF [ ] 1 — Incorporated or Principal Place of Business In This State: PTF [ ] 4, DEF [X] 4
Citizen of Another State: PTF [ ] 2, DEF [ ] 2 — Incorporated and Principal Place of Business In Another State: PTF [ ] 5, DEF [ ] 5
Citizen or Subject of a Foreign Country: PTF [ ] 3, DEF [ ] 3 — Foreign Nation: PTF [ ] 6, DEF [ ] 6

## IV. NATURE OF SUIT
(Nature of suit codes — none marked)

## V. ORIGIN
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District (specify)
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
2nd amendment violation

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 
DOCKET NUMBER: 

DATE: February 26, 2025
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT #         AMOUNT         APPLYING IFP

Case: 2:25-cv-10568
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/28/2025
Description: CMP SMITH SR. V. WASHTENAW COUNTY SHERIFF DEPARTMENT (TH)

**PURSUANT TO LOCAL RULE 83.11**

1.       Is this a case that has been previously dismissed?     ☐ Yes   ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

Case 2:25-cv-10568-MAG-APP   ECF No. 1, PageID.7   Filed 02/28/25   Page 7 of 7

PURSUANT TO LOCAL RULE 83.11