UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Allen Smith, Sr.,

    Plaintiff(s),      Case No. 2:25-cv-10568

v.      Hon. Mark A. Goldsmith

Washtenaw County Sheriffs Department,

    Defendant(s).
_____/

## ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE DOCUMENTS AND FOR SERVICE OF PROCESS BY THE U.S. MARSHAL

The Court having considered and granted Plaintiff's *in forma pauperis* application and being otherwise fully informed;

**IT IS HEREBY ORDERED** that Plaintiff complete and present to the Clerk's Office the following documents to effect service in this case within fourteen (14) days of the date of this Notice:

- One (1) copy of the complaint for each defendant;
- Two (2) USM 285 forms for each defendant;
- Three (3) summonses for each defendant.

**IT IS FURTHER ORDERED** that the Clerk is directed to process this case for service upon receipt of the properly completed documents listed above; and the U.S. Marshal is directed to serve a copy of the complaint, summons and this order upon each defendant named in the complaint without prepayment of the usual costs for such service.

**IT IS FURTHER ORDERED** that Plaintiff file with the Court a signed U.S. Postal Service Certified Mail receipt – green card (PS Form 3811) after service is completed, to show proof of service of process.

Date: April 30, 2025      s/Mark A. Goldsmith
     Mark A. Goldsmith
     U.S. District Judge