UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Allen Smith, Sr,

                Plaintiff(s),

v.                                          Case No. 2:25−cv−10568−MAG−APP
                                               Hon. Mark A. Goldsmith

Washtenaw County Sheriffs Department,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                               s/Mark A. Goldsmith
                                               Mark A. Goldsmith
                                               United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                               s/Joseph Heacox
                                               Case Manager

Dated:   June 26, 2025